IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REY REY PRODUCE SFO, INC.,

    Plaintiff,

v.

FELIMON MEDINA, et al.,

    Defendants.
_____/

No. C 05-04712 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On November 17, 2005, Plaintiff Rey Rey Produce SFO, Inc. ("Rey Rey") filed this action against Defendants Felimon Medina d/b/a Rosita's ("Medina") and James Sanchez d/b/a Papagayo Mexican Grill ("Sanchez").

On February 12, 2006, Rey Rey voluntarily dismissed the action against Sanchez, and on February 14, 2006 obtained a default against Medina. There has been no further action taken against Defendant Medina since that time. (*See* Docket Nos. 8, 10.)

Accordingly, Rey Rey is HEREBY ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute the action against Medina. Rey Rey shall file a written response to this Order by no later than May 22, 2006.

**IT IS SO ORDERED.**

Dated: May 15, 2006

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE