IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY REY PRODUCE SFO, INC., | |
| Plaintiff, | No. C 05-04712 JSW |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND REFERRING MOTION FOR DEFAULT JUDGMENT FOR REPORT AND RECOMMENDATION** |
| FELIMON MEDINA, et al., | |
| Defendants. | |

On May 15, 2006, this Court issued an Order to Show Cause to Plaintiff to show cause why this matter should not be dismissed for failure to prosecute the case against defendant Felimon Medina, against whom default had been entered. On May 19, 2006, Plaintiff filed a motion for default judgment against Defendant Medina. Having expressed its intent to prosecute this matter, the Court HEREBY DISCHARGES the Order to Show Cause. It is FURTHER ORDERED that pursuant to Local Rule 72-1, this matter is referred to a a randomly assigned Magistrate Judge for a report and recommendation on Plaintiff's motion for default judgment. The hearing on that motion, noticed on this Court's calendar for June 30, 2006, is VACATED.

**IT IS SO ORDERED.**

Dated: May 22, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE