**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REY REY PRODUCE SFO, INC., | |
| Plaintiff, | No. C 05-04712 JSW |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| FELIMON MEDINA ET AL, | |
| Defendant. | |

This matter comes before the Court upon consideration of Magistrate Judge Chen's Report and Recommendation re: Plaintiff's motion for default judgment against Defendant Felimon Medina, an individual doing business as Rosita's.

In his Report and Recommendation, Magistrate Judge Chen recommends that this Court grant the motion but award Plaintiff only (1) $20,809 in damages, (2) $2542.09 in attorneys' fees and costs, (3) $4,343 in prejudgment interest (as of July 10, 2006), and (4) postjudgment interest at the rate of 18% per annum. There have been no objections filed thereto.

The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect, with the modification that the Court shall adjust the award of prejudgment interest to reflect the prejudgment interest that has accrued since the Report was issued.

Accordingly, Plaintiff's motion for default judgment against Felimon Medina is GRANTED. Plaintiff is awarded $20,809 in damages, $ 2,542.09 in attorney's fees and costs, $4317.33 in prejudgment interest as of the date of this Order, and postjudgment interest at the

1  rate of 18% per annum.  A separate judgment shall issue, and the Clerk is directed to close this
2  file.
3     **IT IS SO ORDERED.**

5  Dated: July 28, 2006

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2